# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Omar R. Dunn, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00719-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Mitchell | ) | |
| FNU Aaron | | |
| FNU Beaver | | |
| H. Davis, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2015 Order.

January 26, 2015

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court